ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
MaxFour-Weitz Joint Venture, LLC ) ASBCA Nos. 60493, 60494, 60495
) 60496, 60497
)
Under Contract No. W912DQ-07-D-0031 )

APPEARANCE FOR THE APPELLANT: Robert W. Tate, Esq.
Law Office of Robert W. Tate
Napa, CA

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
David F. Innis, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

Pursuant to an agreement reached during a mediation conducted at the Board, and at the request of the parties in their "Joint Stipulation of Dismissal," dated 19 October 2017, these appeals are hereby DISMISSED WITH PREJUDICE.

Dated: 24 October 2017

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60493, 60494, 60495, 60496 and 60497, Appeals of MaxFour-Weitz Joint Venture, LLC , rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals